STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
BERNARD WEISSMAN, DEFENDANT-PETITIONER.

See same case below:  73 *N. J. Super.* 274.

*Mr. William A. Ancier* for the petitioner.

*Mr. Brendan T. Byrne* and *Mr. Peter Murray* for the respondent.

June 11, 1962.

UNITED STATE RUBBER COMPANY, PLAINTIFF-RESPOND-
ENT, v. ALBINO NIGRO, DEFENDANT-PETITIONER.

See same case below:  73 *N. J. Super.* 364.

*Messrs. Chandless, Weller & Kramer* for the petitioner.

*Messrs. Pitney, Hardin & Kipp* and *Mr. Roger C. Ward* for the respondent.